UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISIONS

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -1 P 1: 26

JBurton
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: CR114-105, US v. B. L. Lewis |
| LEAVE OF ABSENCE REQUEST FOR | ) | CR114-124, US v. D. S. Winn |
| LAMONT A. BELK | ) | |
| DECEMBER 22, 2014 through | ) | CR314-006, US v. G. P. Range |
| JANUARY 2, 2015 | | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Lamont A. Belk for December 22, 2014 through January 2, 2015, for travel outside of the district, the same is hereby GRANTED.

This _____ day of ____Dec____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA